**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7834**

MOMOLU SIRLEAF,

Plaintiff - Appellant,

v.

DAVID ROBINSON, Chief of Operations, VDOC, sued individually
and in official capacity; C. WALL, Chaplin, GraceInside
Chaplin Services, Inc., sued individually and in official
capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, District
Judge.  (3:15-cv-00339-MHL-RCY)

Submitted: April 8, 2016                 Decided:  May 5, 2016

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

Momolu Sirleaf, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Momolu Sirleaf seeks to appeal the district court's order dismissing his action without prejudice for failing to pay an initial partial filing fee of $5.70. On appeal, Sirleaf has provided evidence that he did make the payment. Moreover, it appears that a payment of $5.70 was received by the district court and credited in another case. See Sirleaf v. Wall, No. 3:15-cv-00338-MHL-RCY (E.D. Va. Sept. 22, 2015 entry).

This court may exercise jurisdiction only over final orders of the district court, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Sirleaf seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Central Va. Legal Aid, 807 F.3d 619, 623 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to give Sirleaf an opportunity to reinstate his case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED AND REMANDED